**Opinion issued March 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00011-CV

_____

## IN RE PHILLIP CLAY SPEDALE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Phillip Clay Spedale filed a petition for writ of mandamus challenging the trial court's October 31, 2025 temporary orders awarding temporary spousal support.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *In the Matter of the Marriage of Tiffany Erin Spedale and Phillip Clay Spedale,* cause number CCL10529, pending in the County Court at Law of Washington County, Texas, the Honorable Eric Berg presiding.